IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERIBERTO BOTELLO,<br><br>　　　　Petitioner,<br><br>vs.<br><br>TIM VIRGA,<br><br>　　　　Respondent.<br>_____/ | 1:12-cv-01702-BAM-(HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(DOCUMENT # 9) |

　　　Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section  2254.

　　　On November 2, 2012, petitioner filed an application to proceed in forma pauperis.  Due to the fact that the court granted petitioner in forma pauperis status in the present case on October 17, 2012 , IT IS HEREBY ORDERED THAT petitioner's application of  November 2, 2012, is DISREGARDED AS MOOT.


　　　IT IS SO ORDERED.

Dated:   **November 13, 2012**　　　　　　　　/s/ **Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE