# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERIBERTO BOTELLO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>TIM VIRGA, Warden,<br><br>　　　　Respondents. | Case No. 1:12-cv-01702-BAM HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

　　　Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts provides that "If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody."  Petitioner has advised the Court that he is presently incarcerated in Pleasant Valley State Prison, Coalinga, California.  As a result, Tim Virga, the former warden of California State Prison, Sacramento, no longer has custody of Petitioner.  Scott Frauenheim, Warden of Pleasant Valley State Prison, now has custody of Petitioner.

　　　Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Scott Frauenheim, Warden, Pleasant Valley State Prison, as Respondent.

IT IS SO ORDERED.

　Dated:　**December 23, 2015**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1